después de dictada sentencia en el caso, no procede el recurso de *certiorari,*

Por tanto, no ha lugar a expedir el auto solicitado.

No. 4167.—El Pueblo, apldo., *v.* Anazagasti, aplte.—C. D. Aguadilla. ▋ Mayo 6, 1930.

Sobreseído el recurso por muerte del acusado.

No. 4055.—El Pueblo, apldo., *v.* Candelaria, aplte.—C. D. San Juan. ▋ Mayo 6, 1930.

Sobreseído el recurso por muerte del acusado.

No. 5305.—Schlüter, apldo., *v.* Díaz, aplte.—C. D. San Juan. ▋ Mayo 6, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Aldrey.)

Por cuanto, el apelante fué demandado para el pago de ciertas obligaciones vencidas y no satisfechas constantes en varios pagarés firmados por él, que fueron acompañados con la demanda haciéndolos parte de ella;

Por cuanto, limitó su contestación no jurada a negar generalmente los hechos de la demanda y el día del juicio no asistió a él;

Por cuanto, dictada sentencia condenatoria de acuerdo con la demanda interpuso el presente recurso de apelación, cuya desestimación se nos pide por el apelado por el fundamento de ser frívola;

Por cuanto, la apelante no se ha opuesto a esa moción;

Por cuanto, siendo la demanda suficiente y probada, según declaró la sentencia recurrida, y no habiendo sido negada en la contestación bajo juramento la autenticidad y otorgamiento de los pagarés resulta frívolo este recurso,

Por tanto, debemos desestimar y desestimamos esta apelación.

No. 5303.—Sucs. de L. Villamil & Co., S. en C., aplda., *v.* Pizá Hnos., S. en C., en Liquidación, aplte.—C. D. San Juan. ▋ Mayo 6, 1930.

(Por la corte, a propuesta del Juez Presidente Señor del Toro.)

Con lugar la moción de desestimación por el fundamento

de no haberse radicado ni pedido prórroga para radicar en tiempo la apelación.

No. 5292.—Mercado, aplte., *v.* Vázquez et als., apldos.— C. D. Arecibo. ▇▇▇▇ Mayo 6, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Texidor.)

Aparece del récord que en fecha 15 de abril de 1930 se radicó por el apelante su alegato; y el 16 de los mismos mes y año por la parte apelada una moción de desestimación fundada en que no se había presentado en tiempo el alegato del apelante; y de acuerdo con la jurisprudencia de Puerto Rico en el caso *El Pueblo* v. *De Jesús,* 36 D.P.R. 817, y por analogía con ese caso, la presentación del alegato antes de que se radicara la moción de desestimación, es suficiente defensa contra ésta. Por lo que se declara sin lugar la moción de la parte apelada.

No. 5264.—Pérez, apldo., *v.* Vieira et al., apltes.—C. D. San Juan. ▇▇▇▇ Mayo 6, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Wolf.)

No ha lugar a la reconsideración solicitada.

No. 5304.—Sucs. de L. Villamil & Co., S. en C., aplda *v.* Pizá Hnos., S. en C., en Liquidación, aplte.—C. D. San Juan. ▇▇▇▇ Mayo 7, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Wolf.)

Desestimada la apelación por falta de prosecución.

No. 5312.—López, apldo., *v.* Acosta et al., apltes.—C. D. San Juan. ▇▇▇▇ Mayo 20, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Aldrey.)

No habiendo hecho la parte apelante gestión alguna desde el 3 de abril último para tramitar su recurso, debemos desestimar y desestimamos la presente apelación, como solicita la parte apelada.

No. 4906.—Gastón, apldo., *v.* Herederos de Francisco María Franceschi, apltes.—C. D. Ponce. ▇▇▇▇ Mayo 20, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Hutchison.)

Sin lugar la reconsideración.